UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ERIC FLORES,** ) | |
| ) | |
| **PETITIONER** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:13-CV-07-DBH** |
| ) | |
| **UNITED STATES ATTORNEY** ) | |
| **GENERAL, ET AL.,** ) | |
| ) | |
| **RESPONDENTS** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 8, 2013, the United States Magistrate Judge filed with the court, with a copy to the petitioner, her Recommended Decision. The time within which to file objections expired on January 25, 2013, and the United States Postal Service returned the court's mailing to the petitioner as undeliverable on January 28, 2013.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is summarily **DISMISSED**.

**SO ORDERED.**

**DATED THIS 29TH DAY OF JANUARY, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**